```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

**OK/HAV**

Attorney for Defendant
ARNOLDO SANCHEZ-FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-233 DFL |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| ARNOLDO SANCHEZ-FELIX, | ) Date: August 10, 2006 |
| | ) Time: 10:00 A.M. |
| | ) |
| | ) Judge: Hon. David F. Levi |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current trial confirmation date of August 3, 2006 be vacated and a new date of August 10, 2006 be set for status.  The August 14, 2006 trial date should be vacated.

The defense received a pre-plea presentence report at the end of last week.  Defense counsel needs time to review that report with the defendant with the assistance of an interpreter.  In addition, it is expected that the government will provide a proposed plea agreement in short order.  The defendant will need time to review that proposed agreement and consider his options.

It is further stipulated and agreed between the parties that the period beginning August 3, 2006 to August 10, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation and continuity of counsel.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

August 1, 2006                           Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender


                                              /S/NED SMOCK
                                         NED SMOCK
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ARNOLDO SANCHEZ-FELIX


                                         MCGREGOR W. SCOTT
                                         United States Attorney

August 1, 2006
                                             /S/ MICHAEL BECKWITH
                                         MICHAEL BECKWITH
                                         Assistant U.S. Attorney

                              **ORDER**

   **IT IS SO ORDERED.**

DATED: 8/2/2006



                                         _____
                                         DAVID F. LEVI
                                         United States District Judge

2